Form DEF (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Mark L Smith**<br>8458 Saint Clair Road<br>Laingsburg, MI 48848<br>SSN: xxx–xx–8403<br><br>**Debtor(s)** | **Case Number 10–00212–jrh**<br><br>**Chapter 13**<br><br>**Honorable Jeffrey R. Hughes** |

## NOTICE OF FILING(S) DUE

A petition was filed in the above–referenced case on 1/11/10 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future. Schedules, Statements of Affairs, and Chapter 13 plans are generally due 14 days from the date on which the petition was filed. See Bankruptcy Rules 1007 and 3015 for more information.

    Schedules A–J due 01/25/2010
    Means Test Form due 01/25/2010
    Summary of Schedules due 01/25/2010
    Aty Disclosure Stmt. due 01/25/2010
    Stmt. of Fin. Affairs due 01/25/2010
    Chapter 13 Plan due 01/25/2010

Local Rule 3015(b) directs that failure to file the required Chapter 13 schedules and statements required by FRBP 1007(b) or Plan required by FRBP 3015 within 14 days from the date of filing the petition (or any extension thereof) will result in the case automatically being DISMISSED by the Court without further hearing.

Local Rule 5005–3 of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 21 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties.

_Daniel M. LaVille_
Daniel M. LaVille
Clerk of Court

**Dated:** January 12, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: parentka              Page 1 of 1          Date Rcvd: Jan 12, 2010
Case: 10-00212                Form ID: def                Total Noticed: 11

The following entities were noticed by first class mail on Jan 14, 2010.
db           +Mark L Smith,   8458 Saint Clair Road,   Laingsburg, MI 48848-9461
ust          +Jill M. Gies,   U.S. Department of Justice, OUST,   211 West Fort,   Suite 700,
               Detroit, MI 48226-3263

The following entities were noticed by electronic transmission on Jan 12, 2010.
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      Daniel J. Casamatta,
               Assistant U.S. Trustee,   Office of the U.S. Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      Daniel M. McDermott,
               Office of the United States Trustee,   Michigan/Ohio Region 9,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      David W. Asbach,
               Office of the US Trustee,   The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      Dean E. Rietberg,
               Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      Habbo G. Fokkena,
               Office of the United States Trustee,   Michigan/Ohio Region 9,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      Matthew T. Cronin,
               Office of the US Trustee,   The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      Michael V. Maggio,
               Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      Michelle M. Wilson,
               Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                      Office of the U.S. Trustee,
               The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2010**                    **Signature:**    *Joseph Speetjens*